## In re LOWENTHAL.

### No. 8559; April 29, 1884.

#### 3 Pac. 657.

Attorney—Disbarment.—Evidence Held Insufficient to justify the defendant's removal or suspension from practice at the bar as an attorney and counselor.

Proceeding for disbarment of an attorney.

The defendant, an attorney and counselor entitled to practice in all the courts of the state, was accused of being a person of immoral character and bad repute, and, as such, not entitled to practice; and further, that he was of such character at the time of his admission to practice, and that he obtained his license to practice by fraudulent concealment of such facts.

J. L. Crittenden for petitioners; W. W. Cope for defendant.

By the COURT.—This is a proceeding, under section 287 and following sections of the Code of Civil Procedure, to remove or suspend an attorney and counselor of this court. The accusation was made in due form, and, being wholly denied, a reference was made under section 298 to William Craig, Esq. Mr. Craig has. filed his report, accompanied by the evidence taken by him in support of the accusation, as well as that produced by the defense. We have examined the evidence in the case, and do not find it sufficient to justify a removal or suspension of Mr. Lowenthal, and the charges are therefore dismissed.